IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12CV242-MOC-DSC

| | |
|---|---|
| PAMELA LEMMER and MARK LEMMER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for E. Michelle Drake, Kai H. Richter, and Sarah W. Steenhoek]" (document ##3-5) filed May 8, 2012. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: May 8, 2012

_____
David S. Cayer
United States Magistrate Judge