IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12CV242-MOC-DSC

| | |
|---|---|
| PAMELA LEMMER and MARK LEMMER, ) ) Plaintiffs, ) ) ) v. ) ) BANK OF AMERICA, N.A., ) ) Defendant. ) _____ ) | O R D E R |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Edward F. Haber]" (document #7) filed May 10, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: May 10, 2012

David S. Cayer
United States Magistrate Judge