IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:12-CV-00242-MOC-DSC

| | |
|---|---|
| Pamela and Mark Lemmer, as individuals and as representatives of the classes,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Bank of America, N.A. in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P.,<br><br>　　　　　　Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Joseph C. Hashmall]" (document # 28) filed May 7, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: May 9, 2013

_____
David S. Cayer
United States Magistrate Judge