IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12-CV-00242-MOC-DSC

PAMELA AND MARK LEMMER, as individuals and as representatives of the classes,

    Plaintiffs,

v.

BANK OF AMERICA, N.A. in its own capacity and as successor by merger to BAC HOME LOANS SERVICING, L.P.,

    Defendant.

ORDER

**THIS MATTER** is before the Court on the parties' "Motion for Sealing Order" (document #34) as to their forthcoming Consent Motion for Extension of Case Deadlines. For good cause shown, the "Motion for Sealing Order" (document #34) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Consent Motion for Extension of Case Deadlines be **SEALED**.

**SO ORDERED**.

Signed: December 5, 2013

David S. Cayer
United States Magistrate Judge

1