IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 3:12-CV-00242-MOC-DSC

Pamela and Mark Lemmer, as individuals
and as representatives of the classes,

       Plaintiffs,

v.

Bank of America, N.A. in its own capacity
and as successor by merger to
BAC Home Loans Servicing, L.P.,

       Defendant.

**ORDER GRANTING JOINT MOTION TO STAY CASE DEADLINES**

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Case Deadlines. Based upon the Joint Motion and for good cause shown, it is hereby ORDERED that all case deadlines in this matter are STAYED until further notice.

**SO ORDERED**.

Signed: February 7, 2014

David S. Cayer
United States Magistrate Judge