# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CIVIL NO. 3:12-CV-00242-MOC-DSC

Pamela and Mark Lemmer, as individuals
and as representatives of the classes,

        Plaintiffs,

v.

Bank of America, N.A. in its own capacity
and as successor by merger to
BAC Home Loans Servicing, L.P.,

        Defendant.

**STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Pamela Lemmer and Mark Lemmer and Defendant Bank of America, N.A. in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., hereby voluntarily stipulate to the dismissal of the above-captioned action without prejudice.

1

Date: April 9, 2014

| Defendant, | Plaintiffs, |
|---|---|
| By its attorneys: | By their attorneys: |

/s/ Matthew G. Lindenbaum  
John C. Englander (*pro hac vice*)  
Matthew G. Lindenbaum (*pro hac vice*)  
David S. Kantrowitz (*pro hac vice*)  
**GOODWIN PROCTER LLP**  
53 State Street  
Boston, Massachusetts 02109  
Tel.: 617.570.1000  
Fax: 617.5231231  

Steven N. Baker  
**MCGUIRE WOODS LLP**  
201 N. Tryon Street, Suite 3000  
Charlotte, NC 28202  
Tel.: (704) 343-2262  
Fax: (704) 353-6172  

/s/ Kai H. Richter  
Kai H. Richter (*pro hac vice*)  
E. Michelle Drake (*pro hac vice*)  
Joseph C. Hashmall (*pro hac vice*)  
**NICHOLS KASTER, PLLP**  
4600 IDS Center  
80 South Eighth Street  
Minneapolis, Minnesota 55402  
Tel.: 612.256.3200  
Fax: 612.215.6870  

Edward F. Haber (*pro hac vice*)  
**SHAPIRO HABER & URMY, LLP**  
53 State Street  
Boston, MA 02109  
Tel.: (617) 439-3939  
Fax: (617) 439-0134  

Daniel K. Bryson, NC Bar No. 15781  
**WHITFIELD BRYSON & MASON, LLP**  
900 W. Morgan Street  
Raleigh, NC 27603  
Tel.: (919) 600-5000  
Fax: (919) 600-5035  

## CERTIFICATE OF SERVICE

I, Kai H. Richter, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 9, 2014.

Dated: April 9, 2014 /s/ Kai H. Richter  
Kai H. Richter